IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

BRENDA D. WHITEFIELD          §
                              §
VS.                           §   ACTION NO. 4:06-CV-007-Y
                              §
JO ANNE B. BARNHART,          §
Commissioner of Social Security §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

On November 28, 2006, the United States magistrate judge issued his proposed findings, conclusions, and recommendation in the above-styled and numbered cause, giving all parties until December 18 to file written objections to his decision. No written objections have been received from either party. *See Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1428-29 (5th Cir. 1996). As a result, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings, conclusions, and recommendation for plain error and has found none.

Thus, after consideration of this matter, the Court concludes that the findings and conclusions of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court. It is, therefore, ORDERED that the decision of the Commissioner as to Plaintiff's disability status between May 5, 1997, and April 25, 2000, is REVERSED and REMANDED for further administrative proceedings consistent with the magistrate judge's opinion. In all other respects, the Commissioner's decision is AFFIRMED.

SIGNED January 31, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONC
TRM/chr